# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID WAYNE SHELDON,<br><br>        Defendant. | Case No.: 2:18-cr-237-JAD<br><br><br>**ORDER**<br><br>ECF No. 32 |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Emergency Motion for Compassionate Release (ECF No. 29) be due on March 18, 2021 and Defendant's reply is due on April 8, 2021.

DATED: March 8, 2021.

_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE