**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID WAYNE SHELDEN,<br><br>    Defendant. | Case No. 2:18-cr-00237-JAD-PAL-1<br><br>**ORDER** |

    Based on the pending Stipulation of counsel, and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, September 17, 2025 at 11:30 a.m., be vacated and continued to November 3, 2025, at the hour of 10:30 a.m.

    DATED this 3rd day of September 2025.

_____
UNITED STATES DISTRICT JUDGE